FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JUL 11  PM 4:50

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHU PING CHEN,<br><br>Defendant. | No. 25-CR-102-ABJ<br><br>26 U.S.C. §7206(1)<br>(Filing a False Tax Return) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On about October 16, 2023, in the District of Wyoming, the Defendant, **SHU PING CHEN**, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year 2022, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That document, which the Defendant caused to be prepared and signed in the District of Wyoming and caused to be filed with the Internal Revenue Service, stated, on line 15, that the couple's taxable income was $319,131, whereas, as she then and there knew, her taxable income in 2022 was at least $606,588.

In violation of 26 U.S.C. §7206(1)

DATED this 11th day of July, 2025.

STEPHANIE SPRECHER
Acting United States Attorney

By: _____
MARGARET M. VIERBUCHEN
Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SHU PING CHEN |
| **DATE:** | July 11, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **26 U.S.C. §7206(1)**<br>(Filing a False Tax Return)<br><br>0-3 Year Imprisonment<br>Up To $250,000 Fine<br>1 Year Supervised Release<br>Costs Of Prosecution |
| **AGENT:** | Joanna Neal, IRS |
| **AUSA:** | Margaret M. Vierbuchen, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |